# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: February 21, 2007  
Time: 26 minutes

**CASE NO.  05-cv-02001-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Mark Pestal |
| Petitioner, | |
| vs. | |
| **RONALD R. HOODENPYLE,** | No Appearance |
| Respondent. | |

## HEARING ON MOTION TO ENFORCE JUDGMENT

**3:11 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for the petitioner.

Record should reflect that the respondent is not present. This matter was scheduled to begin at 3:00 p.m.  The deputy clerk checked the hallways prior to this proceeding, which began at 3:11 p.m.

Mr. Pestal advises that he has had no contact with Mr. Hoodenpyle and requests that a warrant for his arrest be issued and that the Court impose a sanction of !00.00 per day, reserving the Government's right to seek compensatory sanctions.

Page Two
05-cv-02001-WDM
February 21, 2007

Court concludes the respondent is in contempt for failure to comply with the Court's May 19, 2006 final judgment and enforcement order.

**ORDERED:**   Sanctions against the respondent of $100.00 per day are imposed and a warrant for his arrest shall issue.

Discussion regarding the respondent's whereabouts and Mr. Pestal's experience in locating a respondent by use of the United States Marshal and the issuance of an arrest warrant, when all mailings have been returned undeliverable.

**ORDERED:**   Government shall prepare a draft order that gives the respondent notice of his rights to counsel and that he be taken into custody, to be held until he is in compliance with the Court's May 19, 2006 final judgment and enforcement order.

Court will review and determine how best to proceed in an attempt to enforce the Court's
May 19, 2006 final judgment and enforcement order.

**3:27 p.m.     COURT IN RECESS**

**Total in court time:        26 minutes**

**Hearing concluded**